Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
12, 2009








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed May 12, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00408-CV

____________

 

IN RE JAMES D. STRACHAN, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On May
5, 2009, relator, James D. Strachan, filed a petition for writ of mandamus in
this court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also
Tex. R. App. P. 52.  In the petition, relator asks this court to compel the
Honorable William R. Burke, Jr., sitting by assignment in the 434th District
Court of Fort Bend County, to vacate his orders signed on April 2, 2009, and
void his stay of discovery.  

Relator
has not established his entitlement to the extraordinary relief of a writ of
mandamus.  Accordingly, we deny relator=s petition for writ of mandamus and
his related emergency motion to stay.  

PER CURIAM

Panel consists of Justices Anderson,
Seymore, and Brown.